**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jamie Lefkowitz, Administrator of The Estate of David Lefkowitz | :   CIVIL ACTION |
| | : |
| | :   NO: |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Plymouth Healthcare Associates, LLC d/b/a Aristacare at Meadow Springs, Aristacare, LLC d/b/a Aristacare Health Services, Shalom Umbrocha EH, LLC, Sidney Greenberger, Svi Klein, Moshe Neiman, and Morris Weisel | : |
| | : |
| | : |
| | : |
| | : |
| Defendants. | : |
| ———————————————— | : |

**PETITION FOR REMOVAL**

**To the Judges of the United States District Court for the Eastern District of Pennsylvania:**

Pursuant to 28 U.S.C. § 1441, Defendants, Plymouth Healthcare Associates, LLC d/b/a Aristacare at Meadow Springs, Aristacare, LLC d/b/a Aristacare Health Services, Shalom Umbrocha EH, LLC, Sidney Greenberger, Svi Klein, Moshe Neiman and Morris Weisel, by and through their counsel, Marshall Dennehey, P.C. respectfully petition for the removal of this action from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania. In support, Defendants, Plymouth Healthcare Associates, LLC d/b/a Aristacare at Meadow Springs, Aristacare, LLC d/b/a Aristacare Health Services, Shalom Umbrocha EH, LLC, Sidney Greenberger, Svi Klein, Moshe Neiman and Morris Weisel, aver the following:

1. On or about April 2, 2026, Plaintiff, Jamie Lefkowitz, Administrator of the Estate of David Lefkowitz, filed a Civil Action Complaint in the Philadelphia Court of Common Pleas against Defendants, Plymouth Healthcare Associates, LLC d/b/a Aristacare at Meadow Springs,

Aristacare, LLC d/b/a Aristacare Health Services, Shalom Umbrocha EH, LLC, Sidney Greenberger, Svi Klein, Moshe Neiman and Morris Weisel. See Exhibit 1, Plaintiff's Complaint.

2.    Plaintiff's Complaint alleges that Defendants provided negligent care to David Lefkowitz during his admission to Aristacare at Meadow Springs, including the worsening of wounds present on admission, allegedly resulting in the development of osteomyelitis, necrotizing fasciitis, sepsis, an above the knee amputation and death. See Exhibit 1, ¶¶ 37-76; Count I.

3.    Plaintiff's Complaint also purportedly asserts claims for Corporate Negligence and vicarious liability claims. See Exhibit 1 at Count II-III.

4.    Plaintiff's Complaint seeks compensatory damages sounding in negligence, and Wrongful Death and Survival claims. See Exhibit 1 ¶¶ 89-95.

5.    Under 28 U.S.C. § 1332(a) federal district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000 and is between citizens of different states. See 28 U.S.C. § 1332(a); Zambelli Fireworks Mfg. Co., Inc. v. Wood, 592 F.3d 412, 419 (3d Cir. 2010).

6.    Under 28 U.S.C. 1441(a) & (b), any civil action brought in state court of which the district courts of the United States have original jurisdiction by virtue of diversity of citizenship may be removed to the district court of the United States for the district and division in the place where such action is pending. See 28 U.S.C. § 1441(a) & (b); City of Chicago v. International College of Surgeons, 522 U.S. 156, 163 (1997).

7.    For purposes of diversity jurisdiction, an individual is a citizen of the state where he or she is domiciled; the citizenship of a limited liability company is determined by the citizenship of its members. See Zambelli, 592 F.3d at 419-420.

8.      Plaintiff, Jaime Lefkowitz, Administrator of the Estate of David Lefkowitz, is a citizen of Pennsylvania. See Exhibit 1.

9.      Defendant, Plymouth Healthcare Associates, LLC, d/b/a Aristacare at Meadow Springs is a citizen of the states of New Jersey and New York. See Exhibit 2, Robert Nealon.

10.      Plymouth Healthcare Associates, LLC is a limited liability company with six members as follows:

   a.   Sidney Greenberger, a citizen of New Jersey;

   b.   Zvi Klein, a citizen of New York;

   c.   Moshe Neiman, a citizen of New Jersey;

   d.   Morris Weisel, a citizen of New Jersey;

   e.   Chaya Cohen, a citizen of New York; and

   f.   Shalom Ubrocha EH, LLC, a citizen of New Jersey

11.      Shalom Ubrocha EH, LLC is a limited liability company with one member as follows:

   a.   Ephraim Halpert, a citizen of New Jersey

12.      Defendant, Aristacare LLC, is a citizen of New York. See Exhibit 2.

13. Aristacare LLC is a limited liability company with two members as follows:

   a.   Sidney Greenberger, a citizen of New York;

   b.   Zvi Klein, a citizen of New York;

14. Defendant, Shalom Ubrocha EH, LLC is a citizen of New Jersey.

15. Shalom Ubrocha EH, LLC is a limited liability company with one member as follows:

   a.   Ephraim Halpert, a citizen of New Jersey.

16.    Defendant, Sidney Greenberger, is a citizen of the state of New Jersey. See Exhibit 1, caption.

17.    Defendant, Zvi Klein, is a citizen of the state of New York. See Exhibit 1, caption.

18.    Defendant, Moshe Neiman, is a citizen of the state of New Jersey. See Exhibit 1, caption.

19.    Defendant, Morris Weisel, is a citizen of the state of New Jersey. See Exhibit 1, caption.

20.    Accordingly, diversity of citizenship exists because plaintiff is a citizen of Pennsylvania and Defendants are citizens of New York and New Jersey. None of the Defendants are citizens of Pennsylvania.

21.    Further, the amount in controversy exceeds $75,000, as Plaintiff's Complaint has two separate counts that each seek damages "substantially in excess of the jurisdictional limit to guarantee a jury trial…".  See Exhibit 1 at Wherefore clauses.

22.    At the absolute minimum, Plaintiff's Complaint alleges more than $100,000 in damages, which fulfills the amount in controversy requirement. See Angus v. Shilley, Inc., 989 F.2d 142, 145-46 (3d Cir. 1993) (citing Horton v. Liberty Mutual Ins. Co., 367 U.S. 348, 353 (1961) (stating that the amount in controversy is determined from the complaint itself).

23.    As such, this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 based upon diversity of citizenship between the plaintiff, Jaime Lefkowitz, Administrator of the Estate of David Lefkowitz, and Defendants, Plymouth Healthcare Associates, LLC d/b/a Aristacare at Meadow Springs, Aristacare, LLC d/b/a Aristacare Health

Services, Shalom Umbrocha EH, LLC, Sidney Greenberger, Svi Klein, Moshe Neiman and

Morris Weisel, and the amount in controversy exceeds $75,000.00.

24.     The present lawsuit is removable from the Philadelphia County Court of Common

Pleas to the United States District Court for the Eastern District of Pennsylvania pursuant to 28

U.S.C. §§ 1441 and 1446.

25.     The request for removal is timely because it is being made within 30 days of the

service of process upon Defendants.  See 28 U.S.C. § 1446.

26.     True and correct copies of this Notice of Removal, with accompanying exhibits

and separate Notice to State Court of Filing of Notice of Removal, a copy of which is attached as

Exhibit 3, will be filed with the Office of Judicial Records of the Court of Common Pleas of

Philadelphia County, Pennsylvania, in accordance with the provisions of 28 U.S.C. § 1446(d),

and will be served upon counsel for the Plaintiff via the Philadelphia Court of Common Pleas e-

filing system.

WHEREFORE, petitioners, Plymouth Healthcare Associates, LLC d/b/a Aristacare at

Meadow Springs, Aristacare, LLC d/b/a Aristacare Health Services, Shalom Umbrocha EH,

LLC, Sidney Greenberger, Svi Klein, Moshe Neiman and Morris Weisel, respectfully request

that the above-captioned action be removed to the United States District Court for the Eastern

District of Pennsylvania.

**MARSHALL DENNEHEY, P.C.**

BY:_____
    ELIZABETH UNDERWOOD
    PA Bar ID: 93802
    *Attorneys for Defendants, Plymouth*
    *Healthcare Associates, LLC d/b/a Aristacare*
    *at Meadow Springs, Aristacare, LLC d/b/a*

*Aristacare Health Services, Shalom Umbrocha EH, LLC, Sidney Greenberger, Svi Klein, Moshe Neiman and Morris Weisel*

Date: 4/30/26